LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
LUIS ALFREDO ARIAS MONTIÑO
(CHARGED AS YAHIR ALEXANDER ARTEAGA CRUZ)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-0246 DAD |
| Plaintiff, | **STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| YAHIR ALEXANDER ARTEAGA CRUZ (TRUE NAME LUIS ALFREDO ARIAS MONTIÑO), CARLOS SAMIR COLINDREZ-ERAZO, and ARONIS JOSE HERNANDEZ-AGUILAR, | |
| Defendants. | |

1. This matter has been reassigned from newly confirmed United States District Judge Dena Coggins back to United States District Judge Dale A. Drozd. (ECF Entries 29 and 30). This Stipulation requests to set a status conference before Judge Drozd on March 24, 2025, at 9:30 a.m.

2. The journey of this matter back to Judge Drozd after the brief diversion to Judge Coggins is somewhat convoluted. The case originated by criminal complaint (ECF Document 1) against Defendant Aronis Jose Hernandez-Aguilar (hereafter Defendant Hernandez). The grand jury thereafter returned an Indictment, assigned to Judge Drozd, for drug trafficking offenses against Defendant Hernandez along with

1

STIPULATION & ORDER CONTINUING/
SETTING STATUS CONFERENCE

Defendant Carlos Samir Colindrez-Erazo (hereafter Defendant Colindrez) and Defendant Luis Alfredo Arias Montiño (charged under the name Yahir Alexander Arteaga Cruz and hereafter referred to as "Defendant Arias"). Arraignment on the charges in the Indictment took place on separate dates for Defendants Hernandez and Colindrez in late August 2024. At the time of the arraignment for Defendants Hernandez and Colindrez this matter had been assigned to Judge Drozd.

3. On September 26, 2024, Judge Drozd signed an order approving a request to set a status conference before him for Defendants Colindrez and Hernandez on December 3, 2024 (ECF Document 20). Chief Judge Troy L. Nunley thereafter issued an Order Reassigning Case, dated October 8, 2024 (the "Reassignment Order"), transferring the case to this Court for all future proceedings. (ECF Entry 21). The Reassignment Order also vacated all court appearances before Judge Drozd and directed the parties to reset the matter before Judge Coggins. Two days later, on October 10, 2024, Defendant Arias made his initial appearance in this district. Due to the Reassignment Order, Defendant Arias requested to set his matter for a status conference before Judge Coggins on December 6, 2024.

4. Defendant Arias thereafter circulated for review and approval a stipulation setting a status conference for all three defendants before Judge Coggins on January 31, 2025, at 9:30 a.m. (ECF Document 26). The Court approved the stipulation and entered a Minute Order setting the status conference before Judge Coggins on January 31, 2025. (ECF Entry 27). The government then filed a "Notice of Related Cases" (ECF Document 28; hereafter the "Related Cases Notice") seeking reassignment of this matter back to Judge Drozd. The Related Cases Notice referenced pending cases before Judge Drozd against Carlos Colindrez-Erazo (Case No. 2:24-cr-096 DAD) and Joseph Alan Childers (Case No. 2:23-cr-0103 DAD), which the government states in the Related Cases Notice "involve the same witnesses/parties" and are "based on the same or similar facts."

5. Judge Drozd thereafter approved an Order reassigning the case involving Defendants Arias, Hernandez, and Colindrez back to his Court.  (ECF Document 29; hereafter the "Second Reassignment Order").  A subsequent Minute Order (ECF Entry 30) vacated the status conference scheduled before Judge Coggins on January 31, 2025.  This Stipulation, in response to the Second Reassignment Order, seeks to set a status conference before Judge Drozd.  The parties are requesting the status conference be set for March 24, 2025, at 9:30 a.m.

6. This case involves a charged conspiracy to distribute and possess with intent to distribute fentanyl, along with five individual fentanyl distribution charges occurring within the timeframe of the charged conspiracy.  Investigation of the matter included controlled purchases by an undercover law enforcement officer.

7. The government released more than 500 pages of discovery materials to defense counsel.  The discovery materials include written reports, photographs, audio and videotapes, and other materials obtained during the controlled purchase operations and overall investigation of this matter.

8. Each defendants' primary language is Spanish.  Defense preparation meetings between defense counsel and their respective clients therefore requires the assistance of a Spanish language interpreter.  These meetings include discovery review, as well as substantive discussions regarding potential defenses, necessary defense investigation, possible sentencing guideline variables, and exploration of sentencing mitigation.

9. Given ongoing defense investigation, the need for assistance from an interpreter, and the recent reassignment of the case back to Judge Drozd, defense counsel represent and believe that setting of the March 24th status conference is necessary to ensure time for adequate defense preparation.  The government does not oppose the request.

10. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing and setting the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

11. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period of January 31, 2025, up to March 24, 2025, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

12. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Cameron L. Desmond, Attorney Clemente M. Jimenez for Defendant Carlos Colindrez-Erazo, and Attorney Shari G. Rusk for Defendant Aronis Hernandez-Aguilar have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated: December 30, 2024        */s/ Clemente M. Jimenez*

CLEMENTE M. JIMENEZ
Attorney for Defendant
CARLOS COLINDREZ-ERAZO

Dated: December 30, 2024        */s/ Shari G. Rusk*

SHARI G. RUSK
Attorney for Defendant
ARONIS HERNANDEZ-AGUILAR

Dated: December 30, 2024        */s/ Todd Leras*

TODD LERAS
Attorney for Defendant
LUIS ALFREDO ARIAS MONTIÑO
(Charged as YAHIR ARTEAGA CRUZ)

Dated: January 6, 2025          PHILLIP A. TALBERT
United States Attorney

                        */s/Cameron L. Desmond*
              By:       _____
                        CAMERON L. DESMOND
                        Assistant United States Attorney

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME            4

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that a status conference before United States District Judge Dale A. Drozd is set for March 24, 2025, at 9:30 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by setting the status conference on the date requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from January 31, 2025, up to and including March 24, 2025.

IT IS SO ORDERED.

Dated:   **January 6, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE