LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
LUIS ALFREDO ARIAS MONTIÑO
(CHARGED AS YAHIR ALEXANDER ARTEAGA CRUZ)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAHIR ALEXANDER ARTEAGA CRUZ (TRUE NAME LUIS ALFREDO ARIAS MONTIÑO), CARLOS SAMIR COLINDREZ-ERAZO, and ARONIS JOSE HERNANDEZ-AGUILAR,<br><br>Defendants. | CASE NO. 2:24-cr-0246 DAD<br><br>**STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  March 24, 2025<br>Time:  9:30 a.m.<br>Court:  Honorable Dale A. Drozd |

The parties to this action stipulate as follows:

1. This case involves a charged conspiracy to distribute and possess with intent to distribute fentanyl, along with five individual fentanyl distribution charges occurring within the timeframe of the charged conspiracy. Investigation of the matter included controlled purchases by an undercover law enforcement officer.

2. The government released more than 500 pages of discovery materials to defense counsel. The discovery materials include written reports, photographs, audio and videotapes, and other materials obtained during the controlled purchase operations and overall investigation of this matter.

STIPULATION & ORDER CONTINUING/
SETTING STATUS CONFERENCE

1

3. Each Defendants' primary language is Spanish.  Defense preparation meetings between defense counsel and their respective clients therefore requires the assistance of a Spanish language interpreter.  These meetings include discovery review, as well as substantive discussions regarding potential defenses, necessary defense investigation, possible sentencing guideline variables, and exploration of sentencing mitigation.

4. Defendant Luis Alfredo Arias Montino (charged as Yahir Arteaga Cruz) is presently housed at the Yuba County Jail in Marysville, California.  Marysville is approximately forty-five miles from defense counsel's downtown Sacramento office.  Client meetings therefore necessarily require defense counsel, along with a Spanish language interpreter, to travel to Marysville.

5. Given ongoing defense investigation, the need for assistance from an interpreter, and the housing location of at least one of the defendants, defense counsel for all three Defendants represent and believe that continuance of the status conference, to May 12, 2025, is necessary to ensure time for adequate defense preparation.  The government does not oppose the request.

6. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing and setting the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

7. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period of March 24, 2025 up to May 12, 2025, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Cameron L. Desmond, Attorney Clemente M. Jimenez for Defendant Carlos Colindrez-Erazo, and Attorney Shari G. Rusk for Defendant Aronis Hernandez-Aguilar have

1  reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated:  March 19, 2025                     */s/ Clemente M. Jimenez*
                                           _____
                                           CLEMENTE M. JIMENEZ
                                           Attorney for Defendant
                                           CARLOS COLINDREZ-ERAZO

Dated:  March 19, 2025                     */s/ Shari G. Rusk*
                                           _____
                                           SHARI G. RUSK
                                           Attorney for Defendant
                                           ARONIS HERNANDEZ-AGUILAR

Dated: March 19, 2025                      */s/ Todd Leras*
                                           _____
                                           TODD LERAS
                                           Attorney for Defendant
                                           LUIS ALFREDO ARIAS MONTIÑO
                                           (Charged as YAHIR ARTEAGA CRUZ)

Dated: March 19, 2025                      MICHELLE BECKWITH
                                           Acting United States Attorney

                                           */s/Cameron L. Desmond*
                                   By:     _____
                                           CAMERON L. DESMOND
                                           Assistant United States Attorney

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference in this matter is continued to May 12, 2025, at 9:30 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by setting the status conference on the date requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from March 24, 2025, up to and including May 12, 2025.

IT IS SO ORDERED.

Dated:   **March 20, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE