CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>YAHIR ALEXANDER ARTEAGA CRUZ, et al.,<br><br>            Defendants. | Case No.: 2:24-cr-246 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   May 12, 2025<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, KRISTIN SCOTT, Counsel for Plaintiff; attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo; attorney Todd Leras, Counsel for Defendant Yahir Alexander Arteaga Cruz (true name Luis Alfredo Arias Montiño); and attorney Shari Rusk, attorney for Defendant Aronis Jose Hernandez-Aguilar, that the status conference in this matter, currently scheduled for May 12, 2025, at 9:30 a.m., be vacated and continued to this court's criminal calendar on August 18, 2025, at 9:30 a.m. for further status conference. Discovery in this case is over 500 pages of mixed media discovery, including reports, and audio and video recordings. All defendants speak only Spanish, thus counsel for defendants Arteaga Cruz and Hernandez-Aguilar require the services of

05/06/25

1  a court-certified interpreter to communicate with their respective clients.  Defendant
2  Colindrez-Eraza is also named as a defendant in related case 2:24-cr-00096.
3     All defense counsel require additional time to review discovery, confer with their
4  respective clients, and conduct investigation in order to prepare for trial.
5     IT IS FURTHER STIPULATED that time within which the trial of this case must
6  be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded
7  from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-
8  4), from the date of the parties' stipulation, May 5, 2025, through August 18, 2025, and
9  that the ends of justice served in granting the continuance and allowing the defendants
10 further time to prepare outweigh the best interests of the public and the defendants to a
11 speedy trial.

DATED:   May 5, 2025      /S/   KRISTIN SCOTT
                                MICHELE BECKWITH
                                Acting United States Attorney
                                by KRISTIN SCOTT
                                Assistant United States Attorney
                                Attorney for Plaintiff

DATED:   May 5, 2025      /S/   Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Carlos Colindrez-Erazo

DATED:   May 5, 2025      /S/   Todd Leras
                                TODD LERAS
                                Attorney for Yahir Alexander Arteaga Cruz
                                (true name Luis Alfredo Arias Montiño)

DATED:   May 5, 2025      /S/   Shari Rusk
                                SHARI RUSK
                                Attorney for Aronis Jose Hernandez-Aguilar

05/06/25

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for May 12, 2025, is vacated and the matter continued for a status conference to August 18, 2025, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4) shall be excluded from the date of the parties' stipulation, May 5, 2025, through August 18, 2025, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.  **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:    **May 6, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

05/06/25