CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YAHIR ALEXANDER ARTEAGA CRUZ, et al.,<br><br>Defendants. | Case No.: 2:24-cr-246 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   August 18, 2025<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, ROSS PEARSON, Counsel for Plaintiff; attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo; attorney Todd Leras, Counsel for Defendant Yahir Alexander Arteaga Cruz (true name Luis Alfredo Arias Montiño); and attorney Shari Rusk, attorney for Defendant Aronis Jose Hernandez-Aguilar, that the status conference in this matter, currently scheduled for August 18, 2025, at 9:30 a.m., be vacated and continued to this court's criminal calendar on October 27, 2025, at 9:30 a.m. for further status conference.  Discovery in this case is over 500 pages of mixed media discovery, including reports, and audio and video recordings.  All defendants speak only Spanish, thus counsel for defendants Arteaga Cruz and Hernandez-Aguilar require the services of a court-certified interpreter to communicate with their respective clients.  The current

08/14/25

1 freeze on processing payments for ancillary service providers has made securing the
2 services of interpreters more problematic for defense counsel.
3     Moreover, counsel for Mr. Arteaga-Cruz filed a Notice of Related Cases on July
4 14, 2025, asserting that the case of USA v. Abner Estrada Cruz, 2:24-cr-247 DJC, is
5 related to this case.  The Court signed the Related Case Order on July 21, 2025.
6     Defendant Colindrez-Eraza is also named as a defendant in related case 2:24-cr-
7 00096.
8     All defense counsel require additional time to review discovery, confer with their
9 respective clients, and conduct investigation in order to prepare for trial.
10     This matter had previously been continued by stipulation and proposed order,
11 signed May 6, 2025, with the order specifying that *"no further continuances of the of the*
12 *status conference in this case will be granted absent a compelling showing of good*
13 *cause."*  Defense counsel believe that the Court's granting of the notice of related cases
14 and current Criminal Justice Act budget issues constitute a compelling showing of good
15 cause to continue the status conference.
16     IT IS FURTHER STIPULATED that time within which the trial of this case must
17 be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded
18 from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-
19 4), from the date of the parties' stipulation, August 12, 2025, through October 27, 2025,
20 and that the ends of justice served in granting the continuance and allowing the
21 defendants further time to prepare outweigh the best interests of the public and the
22 defendants to a speedy trial.

23

24 DATED:     August 12, 2025          /S/     ROSS PEARSON
25                                    ERIC GRANT
                                      United States Attorney
26                                    by ROSS PEARSON
                                      Assistant United States Attorney
27                                    Attorney for Plaintiff
28

08/14/25

| | | |
|---|---|---|
| DATED: | August 12, 2025 | /S/     Clemente M. Jiménez |
| | | CLEMENTE M. JIMÉNEZ |
| | | Attorney for Carlos Colindrez-Erazo |
| DATED: | August 12, 2025 | /S/     Todd Leras |
| | | TODD LERAS |
| | | Attorney for Yahir Alexander Arteaga Cruz |
| | | (true name Luis Alfredo Arias Montiño) |
| DATED: | August 12, 2025 | /S/     Shari Rusk |
| | | SHARI RUSK |
| | | Attorney for Aronis Jose Hernandez-Aguilar |

**ORDER**

Pursuant to the stipulation of the parties and a compelling showing of good cause having been made, the status conference in the above-entitled matter, scheduled for August 18, 2025, is vacated and the matter continued for further status conference on October 27, 2025, at 9:30 a.m. The Court also finds that time under the Speedy Trial Act pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4) shall be excluded from the date of the parties' stipulation, August 12, 2025, through October 27, 2025, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial. **However, once again, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated: **August 14, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

08/14/25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

08/14/25