1 | ERIC GRANT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-246-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND BRIEFING SCHEDULE; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| YAHIR ALEXANDER ARTEAGA CRUZ, ET AL, | DATE: October 27, 2025 TIME: 9:30 a.m. COURT: Hon. Dale A. Drozd |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status and motion hearing on October 27, 2025.

2. By this stipulation, the parties now move to continue the status and motion hearing to November 17, 2025, and to exclude time between October 27, 2025, and November 17, 2025, under Local Code T4 and E (pretrial filings). The parties also request the following briefing schedule:

   a) Joinder in pending motion to dismiss due **October 23, 2025;**

   b) Government's opposition due **November 3, 2025; and**

   c) Defendants' reply/ies due **November 10, 2025.**

3. The parties agree and stipulate, and request that the Court find the following with respect to the exclusion of time:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

a) The government has represented that the discovery associated with this case includes audio, photos, and reports related to multiple transactions and drug seizures. Defense counsel continues to review the evidence, conduct independent investigation, and otherwise prepare for trial.

b) This case is related to three other cases: 2:24-0096-DAD, 2:23-cr-00103, and 2:24-cr-0247-DAD.

c) On October 9, 2025, defendant Yahir Alexander Arteaga Cruz filed a motion to dismiss the indictment, ECF 49. On October 10, 2025, defendant Aronis Jose Hernandez-Aguilar joined that motion, ECF 50. Defendant Carlos Samir Colindrez-Erazo anticipates filing and/or joining the pending motion to dismiss.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance. Government counsel returned to the office from maternity leave on October 16, 2025, and needs additional time to respond to the motion(s) to dismiss.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 27, 2025 to November 17, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. This time period is also excludable under 18 U.S.C.§ 3161(h)(1)(2) [Local Code E], due to the pending motions to dismiss the indictment.

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: October 20, 2025 | ERIC GRANT<br>United States Attorney |
|---|---|
| | /s/ CAMERON L. DESMOND<br>CAMERON L. DESMOND<br>Assistant United States Attorney |
| Dated: October 20, 2025 | /s/ Clemente Jimenez<br>Clemente Jimenez<br>Counsel for Defendant<br>CARLOS SAMIR<br>COLINDREZ-ERAZO |
| Dated: October 20, 2025 | /s/ Todd Leras<br>Todd Leras<br>Counsel for Defendant<br>YAHIR ALEXANDER<br>ARTEAGA CRUZ |
| Dated: October 20, 2025 | /s/ Shari Rusk<br>Shari Rusk<br>Counsel for Defendant<br>ARONIS JOSE HERNANDEZ-AGUILAR |

**ORDER**

Pursuant to the stipulation of the parties and cause appearing, the court adopts the briefing schedule proposed by the parties and continues the status and motion hearing date to November 17, 2025, at 9:30 a.m. while excluding time between October 27, 2025, and November 17, 2025, under Local Code T4 and E (pretrial filings). The court notes that in adopting the parties' stipulations on May 6, 2025 and August 15, 2025 continuing this case for the same reasons, the court stated "**no further**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

**continuances of the of the status conference in this case will be granted absent a compelling showing of good cause."** The parties' latest stipulation, in combination with current circumstances impacting the federal courts and appointed counsel, provide cause for the requested continuance and exclusion of time.

IT IS SO ORDERED.

Dated: **October 21, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE