CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-246 DAD |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| CARLOS COLINDREZ-ERAZO, et al., | DATE:   January 26, 2026 |
| Defendants. | TIME:   9:30 a.m. |
| | JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, and attorneys Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo; Shari Rusk, Counsel for Aronis Jose Hernandez-Aguilar; and Todd Leras, Counsel for Yahir Alexander Arteaga-Cruz, that the status conference in this matter, currently scheduled for January 26, 2026, at 9:30 a.m., be vacated and continued to this court's criminal calendar on March 30, 2026, at 9:30 a.m. for further status conference.  Following the Court's ruling on the defense counsel's motion to dismiss the indictment, the parties require additional time to review discovery, confer with their respective clients, and conduct investigation in order to prepare for trial. During the funding lapse, defense counsel were unable to secure interpreter services for jail visits in outlying counties.   With funding now restored, defense counsel are in the process of discussing potential defenses, sentencing guidelines range, and

01/23/26

defense/mitigation investigation – discussions that were not possible absent the necessary interpretation during the funding lapse.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, January 22, 2026, through March 30, 2026, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:       January 22, 2026          /S/      Cameron Desmond
                                        ERIC GRANT
                                        by CAMERON DESMOND
                                        Attorney for Plaintiff

DATED:       January 22, 2026          /S/      Clemente M. Jiménez
                                        CLEMENTE M. JIMÉNEZ
                                        Attorney for Carlos Colindrez-Erazo

DATED:       January 22, 2026          /S/      Shari Rusk
                                        SHARI RUSK
                                        Attorney for Aronis Jose Hernandez-Aguilar

DATED:       January 22, 2026          /S/      Todd Leras
                                        TODD LERAS
                                        Attorney for Yahir Alexander Arteaga-Cruz

01/23/26

## ORDER

Pursuant to the stipulation of the parties and compelling good cause appearing, the status conference in the above-entitled matter, scheduled for January 26, 2026, is vacated and the matter is continued for further status conference on March 30, 2026, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, January 22, 2026, through March 30, 2026, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.  **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **January 23, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

01/23/26