LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 969-9370

Attorney for Defendant
YAHIR ALEXANDER ARTEAGA CRUZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-0246 DAD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| YAHIR ALEXANDER ARTEAGA CRUZ | |
| Defendant. | |

1. This matter is presently set for a Status Conference on July 13, 2026. This Stipulation requests to continue the matter as to Defendant Yahir Arteaga Cruz (hereafter "Mr. Arteaga") for a status conference/potential change of plea hearing before Judge Drozd on August 31, 2026, at 9:30 a.m.

2. This case involves a charged conspiracy to distribute and possess with intent to distribute fentanyl, along with five individual fentanyl distribution charges occurring within the period of the charged conspiracy. Investigation of the matter included controlled purchases by an undercover law enforcement officer.

3. The government released more than 500 pages of discovery materials to defense counsel. The discovery materials include written reports, photographs, audio and videotapes, and other materials obtained during the controlled purchase operations and overall

1

STIPULATION & ORDER CONTINUING/
SETTING STATUS CONFERENCE

investigation of this matter.

4. Mr. Arteaga's primary language is Spanish.  An interpreter is required for all substantive meetings between defense counsel and Mr. Arteaga.  Mr. Arteaga is housed in pre-trial custody at the Yuba County Jail in Marysville, California.

5. The Yuba County Jail has one pass-through confidential booth (Booth A) allowing for face-to-face communication and exchange of documents between the attorney and client. All other confidential visiting booths (Booths B through F) require the use of a single phone to communicate with an inmate.  There is no ability in any of these other booths, unlike Booth A, for the attorney and interpreter to simultaneously talk to the client. These other booths do not include the ability to pass documents.  Consequently, Booth A is the only confidential booth which provides the ability for counsel to review documents and simultaneously discuss them with the interpreter and the client.

6. The Yuba County Jail houses both federal detainees and people facing charges in Yuba County Superior Court.  Unlike other local facilities which house federal and local inmates, such as the Butte County Jail, the Sacramento County Jail, and the Wayne Brown Correctional Facility in Nevada City, the Yuba County Jail generally requires an advance appointment for legal visits.  Booth A is very much in demand by both federal and local defense attorneys.  Reserving access to Booth A often requires several days' notice to the visiting coordinator.

7. The government has provided a proposed plea agreement to resolve this matter.  The parties have discussed a potential change to the initial plea agreement.  Following this discussion, on June 29, 2026, the government provided supplemental discovery materials related to a related investigation occurring in the District of Oregon.  These materials had not previously been released.  They also have a potential impact on the potential advisory sentencing guideline range different from matters set out in previous discovery productions.

8. Given the recency of the government's release of the supplemental discovery materials,

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME            2

defense counsel has not had the opportunity to review the materials with Mr. Arteaga and a Spanish language interpreter.  Such review is a prerequisite to an informed change of plea colloquy, particularly given the anticipated questions from the Court as to whether defense counsel and the client have discussed his potential defenses and the advisory guideline sentencing range which may apply in his case.  Moreover, defense counsel has not been afforded an opportunity to discuss and request defense investigation relating to the supplemental discovery materials.

9.   Given the time required for defense investigation and review of the supplemental discovery materials, including scheduling an interpreter and access to Booth A at the Yuba County Jail, defense counsel requests to continue this matter until August 31, 2026, for a status conference/potential change of plea hearing.  The government does not oppose the request.

10. Based on the above-stated facts, the defense requests that the Court find that the ends of justice served by continuing and setting the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

11. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period of July 13, 2026, up to August 31, 2026, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

12. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Cameron L. Desmond has reviewed this Stipulation and authorized Todd D. Leras via email to sign it on her behalf.

Dated: July 8, 2026                              /s/ Todd Leras

                                          _____
                                          TODD LERAS
                                          Attorney for Defendant
                                          YAHIR ARTEAGA CRUZ

Dated: July 8, 2026                       ERIC GRANT
                                          United States Attorney

                                          /s/Cameron L. Desmond
                                   By:    _____
                                          CAMERON L. DESMOND
                                          Assistant United States Attorney

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                    4

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING TO EXIST, it is hereby ORDERED that the status conference before United States District Judge Dale A. Drozd, set for July 13, 2026, is vacated. A further status conference/potential change of plea hearing is set for August 31, 2026, at 9:30 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by setting the status conference on the date requested outweigh the best interests of the public and the Defendant in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, as to defendant Yahir Arteaga Cruz to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from July 13, 2026, up to and including August 31, 2026.  **However, no further continuances of the of the status conference in this case as to this defendant will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **July 8, 2026**                    _____
                                              DALE A. DROZD
                                              UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                5