LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 969-9370

Attorney for Defendant
YAHIR ALEXANDER ARTEAGA CRUZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>YAHIR ALEXANDER ARTEAGA CRUZ<br>Defendant. | CASE NO. 2:24-cr-0246 DAD<br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

1. This matter is presently set for a Status Conference/Potential Change of Plea Hearing on August 31, 2026. This Stipulation requests to continue the matter as to Defendant Yahir Arteaga Cruz (hereafter "Mr. Arteaga") for a status conference/potential change of plea hearing on September 21, 2026, at 9:30 a.m.
2. This case involves a charged conspiracy to distribute and possess with intent to distribute fentanyl, along with five individual fentanyl distribution charges occurring within the period of the charged conspiracy. Investigation of the matter included controlled purchases by an undercover law enforcement officer. A related investigation involving some of the same participants occurred in the District of Oregon.
3. The government released more than 500 pages of discovery materials to defense counsel. The discovery materials include written reports, photographs, audio and videotapes, and

other materials obtained during the controlled purchase operations and overall investigation of this matter. During plea negotiations occurring in June 2026, the defense learned that the government intended to rely on events occurring in the District of Oregon in addressing Mr. Arteaga's potential sentence. The defense requested and received these materials that same month – on June 29, 2026.

4. Mr. Arteaga's primary language is Spanish. An interpreter is required for all substantive meetings between defense counsel and Mr. Arteaga. Mr. Arteaga is housed in pre-trial custody at the Yuba County Jail in Marysville, California.

5. The Yuba County Jail has one pass-through confidential booth (Booth A) allowing for face-to-face communication and exchange of documents between the attorney and client. All other confidential visiting booths (Booths B through F) require the use of a single phone to communicate with an inmate. The Yuba County Jail, however, has recently made additional pass-through booths adjoining the Yuba County Superior Court available on a limited basis provided an advanced appointment is scheduled. One of these pass-through booths is necessary in this case for the attorney and interpreter to simultaneously talk to the client about the supplemental discovery materials and to prepare for the potential change of plea. The other confidential booths at Yuba County do not include the ability to pass documents or for the interpreter and counsel to simultaneously speak to the client.

6. The Yuba County Jail houses both federal detainees and people facing charges in Yuba County Superior Court. Unlike other local facilities which house federal and local inmates, such as the Butte County Jail, the Sacramento County Jail, and the Wayne Brown Correctional Facility in Nevada City, the Yuba County Jail generally requires an advance appointment for legal visits. Booth A and the other pass-through booths recently made available for client meetings are very much in demand by both federal and local defense attorneys. Reserving access to Booth A or the other pass-through booths often requires several days' notice to the visiting coordinator. Given these circumstances,

defense counsel has had difficulty arranging for a certified Spanish language interpreter to visit with Mr. Arteaga in Yuba County to discuss ongoing defense investigation into matters related to the supplemental District of Oregon discovery materials and to finalize a potential change of plea.

7. The defense is presently conducting investigation into matters mentioned in the District of Oregon supplemental discovery materials first made available on June 29, 2026. The investigation has an impact on the potential advisory sentencing guideline range applicable in this case.

8. Given the ongoing defense investigation mentioned in the previous paragraph, defense counsel requires additional time to prepare for a potential change of plea in this matter. Defense counsel requests to continue this matter until September 21, 2026, for a status conference/potential change of plea hearing. The government does not oppose the request.

9. Based on the above-stated facts, the defense requests that the Court find that the ends of justice served by continuing and setting the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

10. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period of August 31, 2026, up to September 21, 2026, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

11. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Cameron L. Desmond has reviewed this Stipulation and authorized Todd D. Leras via email to sign it on her behalf.

Dated: August 27, 2026

*/s/ Todd Leras*

TODD LERAS
Attorney for Defendant
YAHIR ARTEAGA CRUZ

Dated: August 27, 2026

ERIC GRANT
United States Attorney

By: */s/Cameron L. Desmond*

CAMERON L. DESMOND
Assistant United States Attorney

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING TO EXIST, IT IS HEREBY ORDERED that the status conference/potential change of plea hearing set for August 31, 2026, is vacated. A further status conference/potential change of plea hearing is set for September 21, 2026, at 9:30 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by setting the status conference on the date requested outweigh the best interests of the public and the Defendant in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from August 31, 2026, up to and including September 21, 2026. **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated: **August 27, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE